UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| SHAWN YAEGER,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | No. ED CV 21-00064-SVW (DFM)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that Defendant's Motion for Summary Judgment is granted and this action is dismissed with prejudice.

Date: July 12, 2023

_____
STEPHEN V. WILSON
United States District Judge